```
BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                Plaintiffs,<br><br>   v.<br><br>AAP CONCRETE, INC., A California Corporation,<br><br>                Respondent. | No. C 13-02639 MMC<br><br>**EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

      Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the Case Management Conference scheduled for September 19, 2014 at 10:30 a.m. be continued for 60 days.

      Plaintiffs filed their Complaint for Breach of Contract, Damages, Breach of Fiduciary Duty, and Audit on June 7, 2013.  Defendant AAP CONCRETE, INC., a California Corporation ("Defendant") was served with the Complaint via substituted service pursuant to Federal Rule of

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
(Case No. C- 13-02639 MMC)

1  Civil Procedure 4 on November 20, 2013 by leaving a copy of the complaint and summons during
2  usual office hours at the office of Gregory Wade, the agent for service of process for Defendant
3  listed with the California Secretary of State, and then mailing a copy of the complaint to Mr.
4  Wade, agent for service for Defendant. A corrected proof of service with summons was filed with
5  the Court on June 20, 2014.
6       On August 6, 2014, Mr. Wade filed a handwritten letter in this matter on behalf of
7  Defendant (Document 28) in violation of Local Rule 3-9(b), which states that "[a] corporation,
8  unincorporated association, partnership or other such entity may appear only through a member
9  of the bar of this Court." To date, Defendant has failed to answer or otherwise respond to the
10 Complaint. The Clerk of the Court entered default against Defendant on September 2, 2014.
11      Plaintiffs respectfully request a 60-day continuance of the Case Management Conference
12 in order to prepare and file a Motion for Default Judgment.
13      The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen
14 in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.
15 Dated: September 16, 2014

                                    WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

                                    By:    /s/Kristina M. Zinnen
                                        KRISTINA M. ZINNEN
                                        Attorneys for Plaintiffs

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Request to Continue Case Management Conference, the Court orders the continuance of the case management conference ~~for 60 days, or as soon thereafter as a court date is available.~~ to November 14, 2014. In addition, the Court Orders: No later than November 7, 2014, plaintiffs shall file their motion for default judgment, or in the alternative, a statement setting forth the reason(s) why such motion is no longer appropriate.

Dated: September 16, 2014

                                      The Honorable Maxine M. Chesney
                                      United States District Court Judge

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

EX PARTE REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
(Case No. C-13-02639 MMC)