IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br>Plaintiffs, <br><br>v. <br><br>AAP CONCRETE, INC., <br><br>Respondent. | No. C 13-02639 MMC <br><br>**ORDER VACATING NOVEMBER 14, 2014 CASE MANAGEMENT CONFERENCE** |

The above-titled matter is scheduled for a Case Management Conference on November 14, 2014. On September 16, 2014, the Court directed plaintiffs to file, no later than November 7, 2014, a motion for default judgment or, in the alternative, a statement setting forth the reasons why such motion would no longer be appropriate. On November 7, 2014, plaintiffs filed their motion for default judgment.

In light of the above, the November 14, 2014 Case Management Conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 12, 2014

_____
MAXINE M. CHESNEY
United States District Judge