IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities asTrustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSON TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>AAP CONCRETE, INC.,<br><br>        Defendant.<br>_____ / | No. CV- 13-2639 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. To the extent the motion seeks an order compelling defendant to submit to an audit of its recrds for the period January 1, 2011 through the date of the audit and that the Court retain jurisdiction over the matter to enforce such order the motion is GRANTED. Specifically, defendant is hereby ORDERED to submit to an audit, by auditors selected by plaintiffs, at defendant's premises during business hours, or where the records are kept, at a reasonable time or times, and to allow said auditors to examine and copy such

books, records, papers, and reports of AAP Concrete, Inc., that are relevant to the enforcement of the collective bargaining agreement or trust agreements, including but not limited to the following:

>Individual earning records (compensation); W-2 forms; 1096 and 1099 forms; reporting forms for all plaintiff trust funds; state DE-3 tax reports; workers compensation insurance report; employee time cards; payroll journal; quarterly payroll tax returns (form 941; check register and supporting cash voucher; form 1120 - 1040 or partnership tax returns; and general ledger (portion relating to payroll audit).

2. To the extent the motion seeks judgment against defendant in the total amount of $36,196.22, consisting of principal contributions in the amount of $15,493.77, liquidated damages in the amount $1050, interest in the amount of $10,207.12, attorneys' fees in the amount of $8532.50, and costs in the amount of $912.83, the motion is GRANTED.

Dated: December 9, 2014

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk